E-FILED
Thursday, 15 March, 2012 11:43:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07-30018 |
| | ) | |
| STEVEN D. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection. See d/e 21. For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 21) is GRANTED. An Amended Judgment will be entered with a sentence of 87 months' imprisonment. The Motion to Reduce Sentence filed January 17, 2012 (d/e 20) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: March 14, 2012

FOR THE COURT:	s/ Sue E. Myerscough
	SUE E. MYERSCOUGH
	UNITED STATES DISTRICT JUDGE